CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Jonathan M. Kashani, Cal. Bar No. 266610
LAW OFFICES OF JONATHAN M. KASHANI, PLC
jonathan@kashlegal.com
2839 South Robertson Boulevard
Los Angeles, California 90034
Telephone: (310) 272-7157
Facsimile: (310) 272-7746
Attorneys for Defendant
Darby Sherman Way, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SCHERER,<br><br>        Plaintiff,<br>v.<br><br>DARBY SHERMAN WAY, LLC, a California Limited Liability Company,<br><br>        Defendants. | Case No.: 2:20-cv-11424-VAP-GJS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

1  Dated: September 21, 2021         CENTER FOR DISABILITY ACCESS

2

3                                    By:    /s/ Amanda Seabock
                                            Amanda Seabock
4                                           Attorneys for Plaintiff

5

6  Dated: September 21, 2021        LAW OFFICES OF JONATHAN M. KASHANI, PLC

7

8

9                                    By:    /s/ Jonathan M. Kashani
                                            Jonathan M. Kashani
10                                          Attorneys for Defendant
                                            Darby Sherman Way, LLC
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jonathan M. Kashani, counsel for Darby Sherman Way, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: September 21, 2021         CENTER FOR DISABILITY ACCESS

                                      By:     /s/ Amanda Seabock
                                                 Amanda Seabock
                                                 Attorneys for Plaintiff